■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT REED, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Posner, J.), rendered April 26, 1984, convicting him of criminal possession of stolen property in the first degree and unauthorized use of a vehicle in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

As the defendant had previously been adjudicated a second felony offender, readjudication of this finding was not required *(see,* CPL 400.21 [8]). In any event, a statement of the defendant's prior felonies was filed and a preliminary examination was conducted in compliance with CPL 400.21 (2) and (3) *(cf., People v Owens,* 58 AD2d 898; *People v Anderson,* 60 AD2d 632). The defendant admitted all allegations necessary to support a predicate felony finding and was properly sentenced as a second felony offender. We have considered the defendant's remaining contentions, and find them to be without merit. Mangano, J. P., Bracken, Eiber and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD RICHARDSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered March 12, 1984.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.